**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1474

ANTHONY DIAL,

Plaintiff - Appellant,

v.

ROBESON COUNTY; ROBESON COUNTY DEPARTMENT OF SOCIAL SERVICES,

Defendant - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:20-cv-01135-WO-JLW)

Submitted:  February 27, 2024                        Decided:  April 11, 2024

Before THACKER and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Nancy P. Quinn, THE QUINN LAW FIRM, Greensboro, North Carolina, for Appellant.  Katherine Barber-Jones, HARTZOG LAW GROUP LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dial, a Native American male employed by Robeson County ("the County") in its Department of Social Services, appeals the district court's judgment entered after the court (1) granted in part and denied in part Defendants' motion to dismiss Dial's employment-related and civil rights claims; and (2) granted the County summary judgment on Dial's race discrimination claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Dial v. Robeson Cnty.*, No. 1:20-cv-01135-WO-JLW (M.D.N.C. Mar. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*